UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REGINALD BELL, SR., ) | |
| ) | CASE NO. C10-0376-MJP-MAT |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER STRIKING MOTION TO |
| ) | RECONSIDER |
| KING COUNTY CASA DEPENDENCY ) | |
| PROGRAM, et al. ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Plaintiff filed a Motion for Reconsideration (Dkt. 77), in which he petitions the Court to reconsider its dismissal of several defendants. The Order he seeks to be reconsidered was issued on February 18, 2011 (Dkt. 32). Plaintiff's Motion for Reconsideration was filed on April 7, 2011.[1] Local Rule CR 7(h)(2) requires that all motions for reconsideration be filed within fourteen (14) days after entry of the underlying order. In this instance, Plaintiff's filing of the motion for reconsideration, even were the Court to use the date it was placed in the mail, falls well outside that requirement. Consequently, Plaintiff's Motion for Reconsideration (Dkt.

---

[1] Plaintiff's Certificate of Service attached to the Motion for Reconsideration indicates it was mailed on April 4, 2011.

ORDER STRIKING MOTION TO RECONSIDER
PAGE -1

77) is STRICKEN.

DATED this 21st day of April, 2011.

Mary Alice Theiler
United States Magistrate Judge

ORDER STRIKING MOTION TO RECONSIDER
PAGE -2