UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REGINALD BELL, SR., ) | |
| ) | CASE NO. C10-0376-MJP-MAT |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER STRIKING SECOND |
| ) | MOTION TO RECONSIDER |
| KING COUNTY CASA DEPENDENCY ) | |
| PROGRAM, et al. ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Plaintiff filed a Second Motion for Reconsideration (Dkt. 91) on April 22, 2011, in which he petitions the Court to reconsider its dismissal of defendant Mary Anne Comisky. The Order he seeks to be reconsidered was issued on April 6, **2010** (Dkt. 7). As stated in this Court's recent order striking plaintiff's first reconsideration motion, Local Rule CR 7(h)(2) requires that all motions for reconsideration be filed within fourteen (14) days after entry of the underlying order. In this instance, Plaintiff's filing of the motion for reconsideration was filed over a year after the underlying order was issued. Consequently, Plaintiff's Motion for

/ / /

/ / /

ORDER STRIKING SECOND MOTION TO RECONSIDER
PAGE -1

01 Reconsideration (Dkt. 91) is STRICKEN.

02     DATED this 25th day of April, 2011.

                                                    Mary Alice Theiler
                                                    United States Magistrate Judge

ORDER STRIKING SECOND MOTION TO RECONSIDER
PAGE -2