The Honorable Marsha Pechman and
Magistrate Judge Mary Alice Theiler

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| REGINALD BELL, SR.,<br><br>Plaintiff,<br><br>v.<br><br>ROBIN ARNOLD WILLIAMS, et. al.<br><br>Defendants. | NO. C10-0376MJP-MAT<br><br>[~~PROPOSED~~] ORDER GRANTING DSHS DEFENDANTS' MOTION FOR OVER-LENGTH BRIEF<br><br>Hearing date: July 11, 2011 |

THIS MATTER came before the Court on DSHS Defendants' Motion for Over-Length Brief in all aspects of proceedings of the above-captioned. The Court considered the pleadings filed in this action and the following evidence: DSHS Defendants' Motion for Over-Length Brief;

IT IS HEREBY ORDERED that DSHS Defendants' Motion for Over-Length Brief is GRANTED and that DSHS Defendants' be allowed to submit a summary judgment brief no longer than 27 pages.

DATED this <u>12th</u> day of July 2011.

_____
Mary Alice Theiler
United States Magistrate Judge

[~~PROPOSED~~] ORDER GRANTING DSHS
DEFENDANTS' MOTION FOR OVER-LENGTH
BRIEF
NO. C10-0376MJP-MAT

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352